IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAY CHRIS MOBLEY,**

    **Plaintiff,**

v.    **CASE NO. 5:11-cv-108-RS-EMT**

**CORRECTIONS CORP.
OF AMERICA, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on February 10, 2012.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**